**DISMISS and Opinion Filed March 12, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00164-CV

**MICHAEL DEAN MACCANELLI, Appellant**

**V.**

**UNIFIED INVESTIGATIONS & SCIENCES, INC., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-15370**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Lang

Before the Court is appellant's March 10, 2014 motion to withdraw his appeal. Appellant

has informed the Court that the parties have settled their differences. Accordingly, we grant

appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Douglas Lang/
DOUGLAS S. LANG
JUSTICE

140164F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL DEAN MACCANELLI,
Appellant

No. 05-14-00164-CV        V.

UNIFIED INVESTIGATIONS &
SCIENCES, INC., Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-13-15370.
Opinion delivered by Justice Lang.   Justices
Moseley and Francis, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee, UNIFIED INVESTIGATIONS & SCIENCES, INC., recover its costs of this appeal from appellant, MICHAEL DEAN MACCANELLI.

Judgment entered this 12th day of March, 2014.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE